BEFORE THE SECOND DIVISION, JULY 16, 1940

**No. 44106.**—Protest 797036–G of Akawo & Co., Ltd. (Memphis).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.